[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 25, 2007
THOMAS K. KAHN
CLERK

_____

No. 03-15094

_____

D. C. Docket No. 01-00148-CV-WBH-3

VICTOR HARRIS,

Plaintiff-Appellee,

versus

COWETA COUNTY, GEORGIA, et al.,

Defendants,

MARK FENNINGER,
Sgt.,
TIMOTHY C. SCOTT,
Deputy,

Defendants-Appellants.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(June 25, 2007)

**ON REMAND FROM THE UNITED STATES SUPREME COURT**

Before BIRCH, BARKETT and COX, Circuit Judges.

PER CURIAM:

In light of the Supreme Court's decision in this case, <u>Scott v. Harris</u>, --- U.S. ---, 127 S.Ct. 1769, --- L.Ed.2d --- (2007), we **REVERSE** the district court's denial of Timothy Scott's motion for summary judgment and **REMAND** for further proceedings in accordance with the Supreme Court's ruling.

**SO ORDERED.**